**Motion to Abate Granted and Abatement Order filed October 27, 2021**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-21-00538-CV**
_____

**IN THE INTEREST OF C.U.D., S.L.D., A/K/A S.D., J.P.J.D., K.K.J.D., AND A.E.D., II, CHILDREN**

**On Appeal from the 308th District Court
Harris County, Texas
Trial Court Cause No. 2018-37155**

## ABATEMENT ORDER

This is an appeal from a judgment signed September 14, 2021 terminating parental rights. On October 26, 2021, appellant A.E.D.'s appointed counsel filed a motion to abate this appeal as, since appellant has informed him he no longer desires his representation in this matter, appellant's counsel has filed a motion with the trial court to withdraw from the case and for the appointment of new appellate counsel.

We hereby grant the motion to abate the appeal. We ORDER the judge of the 308th District Court to immediately conduct a hearing on the motion appellant's counsel filed with it to withdraw from the case and to appoint new appellate counsel

within **14 days** of the date of this order, to determine whether appellant desires to prosecute this appeal and, if so, whether appellant is thus entitled to new appointed counsel on appeal. The judge shall appoint a new appellate counsel for appellant if necessary. The judge shall see that a record of the hearing is made, shall make findings of fact and conclusions of law, and shall order the trial clerk to forward a record of the hearing and a supplemental clerk's record containing the findings and conclusions. The transcribed record of the hearing and supplemental clerk's record shall be filed with the clerk of this court on or before November 17, 2021.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the trial court's findings and recommendations are filed in this court. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion. It is the responsibility of any party seeking reinstatement to request a hearing date from the trial court and to schedule a hearing in compliance with this court's order. If the parties do not request a hearing, the court coordinator of the trial court shall set a hearing date and notify the parties of such date.

PER CURIAM

Panel Consists of Justices Wise, Jewell, and Poissant.

2